IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| JOSUE GARCIA LOPEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | 1:26-cv-01288 (AJT/IDD) |
| TODD M. LYONS, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## **ORDER**

Before the Court is Josue Garcia Lopez's ("Petitioner") Petition for Writ of Habeas Corpus. [Doc. No. 1]; ("Petition"). By order dated May 15, 2026, the Court ordered the Government to respond to the Petition within five days, [Doc. No. 3], and Respondents timely submitted that the factual and legal issues presented in the Petition do not differ in any material fashion from those presented in *Hernandez v. Crawford,* No. 1:25-CV-01565-AJT-WBP, 2025 WL 2940702 (E.D. Va. Oct. 16, 2025), or other opinions of this Court cited therein. [Doc. No. 6].[1]

Petitioner is a citizen of El Salvador, who is alleged to have entered the United States without inspection in 2019 or 2020. [Petition] ¶¶ 13, 43. On or around May 4, 2026, Petitioner was arrested by immigration officials and eventually taken to the Farmville Detention Center, where he remains. [Doc. No. 6-1] ¶¶ 3, 7. Petitioner alleges that he has not been provided a bond hearing. [Petition] ¶ 48.

---

[1] While Respondents conceded that the Court should incorporate the filings in Hernandez into this action, they represented to the Court that Petitioner may be subject to mandatory detention under 8 U.S.C. § 1226(c) and asked that the Court order that he be provided a bond hearing rather than released outright. [Opp.] at 3–4. Petitioner in his Reply did not expressly oppose this request. See [Doc. No. 7].

In light of the foregoing, the Court determines, as it did in *Hernandez*, that Petitioner's detention is governed by section 1226(a)'s discretionary framework, not section 1225(b)'s mandatory detention procedures, and under section 1226(a) and its implementing regulations, Petitioner is entitled to a bond hearing before an Immigration Judge.

Accordingly, the Petition is **GRANTED**, and it is hereby

**ORDERED** that Respondents provide Petitioner with a bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within seven days of the date of this Order; and it is further

**ORDERED** that if Petitioner is granted bond by an Immigration Judge, Respondents are **ENJOINED** from denying bond to Petitioner, or from invoking the automatic stay provision pursuant to 8 C.F.R. § 1003.19(i)(2); and it is further

**ORDERED** that Respondents file a status report with this Court within three days of the bond hearing, stating whether Petitioner has been granted bond and, if his request for bond was denied, the reasons for that denial.

The Clerk is directed to send copies of this Order to all counsel of record, and to terminate the case.

Alexandria, Virginia
June 5, 2026

Anthony J. Trenga
Senior United States District Judge

2